# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANTHONY BARASKY, | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-2457 |
| v. | : | |
| | : | (Judge Rambo) |
| BRAD SHOEMAKER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 3rd day of June 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 20) is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**. Plaintiff may not file an amended complaint in this matter;

3. Plaintiff's motion to compel (Doc. No. 24) is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                         s/ Sylvia H. Rambo
                                         United States District Judge